NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-1494


STATE OF LOUISIANA

VERSUS

JOHNSON BERNARD

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. CR115773
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED. MOTION TO WITHDRAW GRANTED.**


James Edward Beal
Louisiana Appellate Project
P. O. Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
Counsel for Defendant-Appellant:
Johnson Bernard

Michael Harson
District Attorney, 15th JDC
P.O. Box 3306
Lafayette, LA 70502-3306
(337) 232-5170
Counsel for State-Appellee:
State of Louisiana

**PICKETT, Judge.**

## SUMMARY DISPOSITION

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), Johnson Bernard's appellate counsel has filed a brief stating that he has made a conscientious and thorough review of the trial court record and could find no errors on appeal that would support a reversal of the defendant's conviction for possession of cocaine or sentence of five years at hard labor. His counsel has filed a motion to withdraw.

We have reviewed the entire record in this case and find no errors patent or issues which support an assignment of error on appeal. Therefore, the defendant's conviction and sentence are affirmed and counsel's motion to withdraw is granted.

**AFFIRMED. MOTION TO WITHDRAW GRANTED.**